**EDWARD D. IOLI TRUST, General Traffic Controls, Inc., Plaintiffs–Appellees**

v.

**VIGILANT VIDEO, INC., Defendant–Appellant**

**MVConnect, LLC, Defendant.**

No. 2014–1714.

United States Court of Appeals, Federal Circuit.

April 10, 2015.

Eric William Buether, Buether Joe & Carpenter LLC, Dallas, TX, argued for plaintiffs-appellees.

Roy B. Thompson, Thompson Bogran, P.C., Lake Oswego, OR, argued for defendant-appellant. Also represented by Amy M. Bogran.

LOURIE, TARANTO, and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**